## Hurst Estate.

Argued January 21, 1963. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James J. Regan, Jr.,* with him *Robert M. Taylor,* for appellant.

*J. Pennington Straus,* with him *Victor J. Roberts, Ralph S. Snyder, William M. Barnes,* and *Schnader, Harrison, Segal & Lewis,* and *High, Schwartz, Roberts* and *Seidel,* for appellees.

OPINION PER CURIAM, March 19, 1963:

The decree of the Orphans' Court of Montgomery County is affirmed on the opinion of President Judge TAXIS, JR., reported in 29 Pa. D. & C. 2d 361. Each party to pay own costs.